# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ROGERS and BRENDA LOMELI,<br><br>    Plaintiffs,<br><br>v.<br><br>CROWN EQUIPMENT CORPORATION dba CROWN LIFT TRUCKS, a business entity; CROWN EQUIPMENT CORPORATION, a business entity; and DOES 1 to 25, inclusive<br><br>    Defendants. | Case No.  5:22-cv-01838-DSF-SP<br><br>Assigned to the Hon. Dale S. Fischer<br><br>**ORDER OF DISMISSAL PURSUANT TO FRCP 41** |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: December 1, 2022

*Dale S. Fischer*
Hon. Dale S. Fischer
United States District Judge